# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHLEEN POWELL, JEREMY
PHILLIPS, BRANDI PHILLIPS,
DONALD DAWSON, BARBARA
DAWSON, MICHAEL MONTALBANO,
EVELYN MONTALBANO, MITCHELL
KIMBALL, AND KATHERINE
KIMBALL

VERSUS

STATE OF LOUISIANA THROUGH
THE TERREBONNE LEVEE AND
CONSERVATION DISTRICT,
TERREBONNE PARISH
CONSOLIDATED GOVERNMENT, AND
COASTAL PROTECTION AND
RESTORATION AUTHORITY

NO.   2024 CW 0929

DECEMBER 23, 2024

---

In Re:    Kathleen Powell, Jeremy Phillips, Brandi Phillips,
          Donald Dawson, Barbara Dawson, Michael Montalbano,
          Evelyn Montalbano, Mitchell Kimble, Katherine Kimble,
          and Milton Constransitch, applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, No. 190344.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT GRANTED WITH ORDER.** The portion of the trial court's August 27, 2024 judgment which denied the Motion for Partial Summary Judgment filed by plaintiffs, Kathleen Powell, Jeremy Phillips, Brandi Phillips, Donald Dawson, Barbara Dawson, Michael Montalbano, Evelyn Montalbano, Mitchell Kimble, Katherine Kimble, and Milton Constransitch, is vacated. Plaintiffs, in their reply memorandum, raised two objections to evidence submitted by defendants, Terrebonne Levee and Conservation District and Coastal Protection and Restoration Authority, with their opposition memorandum to plaintiffs' motion for partial summary judgment. However, the trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing whether the court sustains or overrules the objections raised. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on Plaintiffs' Motion for Partial Summary Judgment, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT